B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Genesis Productions, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4104405** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1156 Sandhurst Drive**<br>**Buffalo Grove, IL**<br>ZIP Code **60089** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                              Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Genesis Productions, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)        (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Genesis Productions, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Ariel Weissberg**
Signature of Attorney for Debtor(s)

**Ariel Weissberg 03125591**
Printed Name of Attorney for Debtor(s)

**Weissberg and Associates, Ltd.**
Firm Name

**401 S. LaSalle St.**
**Suite 403**
**Chicago, IL 60605**

Address

**Email: ariel@weissberglaw.com**
**312-663-0004  Fax: 312-663-1514**
Telephone Number

**March 13, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Rhona Robbin**
Signature of Authorized Individual

**Rhona Robbin**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**March 13, 2008**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## Northern District of Illinois

In re      **Genesis Productions, Inc.**                                                      ,      Case No. _____

Debtor

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 0.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 27 | | 303,591.85 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 36 | | | |
| Total Assets | | | 0.00 | | |
| Total Liabilities | | | | 303,591.85 | |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Genesis Productions, Inc.** _____,   Case No. _____

Debtor

Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6D (Official Form 6D) (12/07)

In re   **Genesis Productions, Inc.**                ,       Case No. _____

                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

     State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

     List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

     If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

     Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

  __0__  continuation sheets attached

|  | Subtotal (Total of this page) | | |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **0.00** | **0.00** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    **Genesis Productions, Inc.**                                                    Case No. _____

,

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_    continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re **Genesis Productions, Inc.** _____,   Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Illinois Department of Revenue**<br>**100 W. Randolph Avenue**<br>**Level 7-410**<br>**Chicago, IL 60601** | - | | | | | X | **Unknown**<br><br>**Unknown** | **Unknown**<br><br>**0.00** |
| Account No.<br><br>**Internal Revenue Service**<br>**Kansas City, MO 64999-0002** | - | | | | | X | **Unknown**<br><br>**Unknown** | **Unknown**<br><br>**0.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | **0.00** | |
|---|---|---|---|
| | | **0.00** | **0.00** |
| | Total | **0.00** | |
| | (Report on Summary of Schedules) | **0.00** | **0.00** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Genesis Productions, Inc.**                                                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. **A LA CARTE 5610 BLOOMINGDALE AVE CHICAGO, IL 60639** | | - | | | | | | | 2,399.67 |
| Account No. **A T CROSS COMPANY ONE ALBION RD LINCOLN, RI 02865** | | | | | | | | | 1,985.00 |
| Account No. **A W DESIGNS PO BOX 233 OLYMPIA FIELDS, IL 60461** | | - | | | | | | | 764.00 |
| Account No. **AAKRON RULE CORP 8 INDIANOLA AVENUE AKRON, NY 14001** | | - | | | | | | | 267.37 |
| __26__  continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 5,416.04 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:23645-080129    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Genesis Productions, Inc.** _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **ACCUCUT** **1128 E. CALLAHAN ROAD** **DALTON, GA 30722** | - | | | | | | | 246.77 |
| Account No. | | | | | | | | |
| **ADIMAGE PROMOTIONAL GROUP** **PO BOX 437** **HUGO, MN 55038** | - | | | | | | | 2,370.33 |
| Account No. | | | | | | | | |
| **ADMATCH CORPORATION** **36 W. 25TH STREET** **NEW YORK, NY 10010** | - | | | | | | | 595.89 |
| Account No. | | | | | | | | |
| **ADVERTISING SPEC INST (ASI)** **4800 STREET RD** **TREVOSE, PA 19053** | - | | | | | | | 1,469.96 |
| Account No. | | | | | | | | |
| **ALBERT LAW FIRM** **205 W. RANDOLPH** **CHICAGO, IL 60606** | - | | | | | | X | Unknown |

Sheet no. __1__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **4,682.95**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Genesis Productions, Inc.**                                    ,        Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| ALSTAR CREATIONS 13394 MONTE VISTA AVE CHINO, CA 91710 | - | | | | | | | 198.83 |
| Account No. | | | | | | | | |
| AMERICAN AD BAG CO 218 N MADISON WOODSTOCK, IL 60098 | - | | | | | | | 34.06 |
| Account No. | | | | | | | | |
| AMERICAN EXPRESS BOX 0001 LOS ANGELES, CA 90096 | - | | | | | | | 8,881.93 |
| Account No. | | | | | | | | |
| AMERICAN GREENWOOD INC 3035 W 47TH ST CHICAGO, IL 60632 | - | | | | | | | 395.25 |
| Account No. | | | | | | | | |
| AMI COMMUNICATIONS, INC. PO BOX 4029 ST. CHARLES, IL 60174 | - | | | | | | | 74.30 |

Sheet no. __2__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **9,584.37**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Genesis Productions, Inc.** _____,  Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **ARIEL PREMIUM SUPPLY INC** **8825 PAGE AVENUE** **ST LOUIS, MO 63114** | - | | | | | | 25.20 |
| Account No. | | | | | | | |
| **ASI COMPUTER SYSTEM** **PO BOX 338** **CEDAR FALLS, IA 50613** | - | | | | | | 852.00 |
| Account No. | | | | | | | |
| **AT-A-GLANCE GROUP** **101 O'NEIL RD** **SIDNEY, NY 13838** | - | | | | | | 8,493.50 |
| Account No. | | | | | | | |
| **ATCHISON PRODUCTS INC** **P O BOX 248** **ATCHISON, KS 66002** | - | | | | | | 5,526.91 |
| Account No. | | | | | | | |
| **ATLANTIC GLASS ETCHING** **401 E. LOCUST STREET** **DALLASTOWN, PA 17313** | - | | | | | | 38.83 |

| Sheet no. __3__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 14,936.44 |
|---|---|---|

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Genesis Productions, Inc.**                                    ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **B & C MANUFACTURING** **5 SHORSIDE DRIVE** **S. BARRINGTON, IL 60010** | - | | | | | | | 299.01 |
| Account No. | | | | | | | | |
| **BADGELAND** **2733 N. PACKERLAND, SUITE 16W** **GREEN BAY, WI 54303** | - | | | | | | | 23.56 |
| Account No. | | | | | | | | |
| **BAG MAKERS INC** **P O BOX 431** **UNION, IL 60180** | - | | | | | | | 15.79 |
| Account No. | | | | | | | | |
| **BANK OF AMERICA** **BOX 15102** **WILMINGTON, DE 19886** | - | | | | | | | 15,996.70 |
| Account No. | | | | | | | | |
| **BANK OF AMERICA** **PO BOX 15726** **WILMINGTON, DE 19886** | - | | | | | | | 11,201.84 |

Sheet no. __4__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,536.90

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Genesis Productions, Inc.** _____ ,   Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **BARRY GOLDBERG** **61 PINYON PINE CT S** **BUFFALO GROVE, IL 60089** | - | | | | | | 102.00 |
| Account No. | | | | | | | |
| **BARTON NELSON INC** **13700 WYANDOTTE** **KANSAS CITY, MO 64145** | - | | | | | | 3,811.99 |
| Account No. | | | | | | | |
| **BENCHMARK INDUSTRIES LLC** **PO BOX 502887** **ST. LOUIS, MO 63150** | - | | | | | | 67.37 |
| Account No. | | | | | | | |
| **BENJAMIN MARTIN MFG.** **PO BOX 4218** **DEDHAM, MA 02027** | - | | | | | | 379.68 |
| Account No. | | | | | | | |
| **BERNEY-KARP INC.** **3350 E 26TH ST.** **LOS ANGELES, CA 90023** | - | | | | | | 651.97 |

Sheet no. __5__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,013.01

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Genesis Productions, Inc.**                                    ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | |
| **BIC GRAPHIC USA** **BOX 406079** **ATLANTA, GA 30384** | | | | | | | 651.97 |
| Account No. | | - | | | | | |
| **BODEK & RHODES** **POBOX 820144** **PHILADELPHIA, PA 19182** | | | | | | | 17.23 |
| Account No. | | - | | | | | |
| **BOXERCRAFT** **PO BOX 20016** **ATLANTA, GA 30325** | | | | | | | 452.73 |
| Account No. | | - | | | | | |
| **BRODER BROTHERS** **6 NESHAMINY INTERPLES FL 5** **TREVOSE, PA 19053** | | | | | | | 54.84 |
| Account No. | | - | | | | | |
| **BUDGETCARD INC.** **171 COMMONWEALTH AVE.** **ATTLEBORO FALLS, MA 02763** | | | | | | | 1,127.02 |

Sheet no. __6__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,303.79

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**Genesis Productions, Inc.**_____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **BUZTRONICS INC** **4343 W. 62ND ST.** **INDIANAPOLIS, IN 46268** | - | | | | | | 4,926.96 |
| Account No. | | | | | | | |
| **CALCONIX INC** **821 AUBREY AVE** **ARDMORE, PA 19003** | - | | | | | | 355.00 |
| Account No. | | | | | | | |
| **CAPITAL ONE** **PO BOX 30285** **SALT LAKE CITY, UT 84130** | - | | | | | | 4,515.36 |
| Account No. | | | | | | | |
| **CAPITAL ONE BANK** **PO BOX 30285** **SALT LAKE CITY, UT 84130** | - | | | | | | 5,079.17 |
| Account No. | | | | | | | |
| **CARLSON CRAFT (R)** **P O BOX 8700** **N MANKATO, MN 56002** | - | | | | | | 200.66 |

Sheet no. __7___ of __26__ sheets attached to Schedule of      Subtotal
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)    | 15,077.15 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Genesis Productions, Inc.** _____,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**CENTURY MFG INC**<br>**3351 N WEBB RD**<br>**WICHITA, KS 67226** | - | | | | | | 1,123.53 |
| Account No.<br><br>**CHASE COLDWATER CREEK VISA**<br>**PO BOX 15299**<br>**WILMINGTON, DE 19850** | - | | | | | | 13,250.04 |
| Account No.<br><br>**CHRIS PROKASKI**<br>**3813 N. CLAREMONT, 1ST FLOOR**<br>**CHICAGO, IL 60618** | - | | | | | | 41.97 |
| Account No.<br><br>**CITIBANK AADVANTAGE**<br>**BOX 6000**<br>**THE LAKES, NV 89163** | - | | | | | | 15,161.53 |
| Account No.<br><br>**CITIBUSINESS CARD**<br>**PO BOX 44180**<br>**JACKSONVILLE, FL 32231** | - | | | | | | 8,124.15 |

Sheet no. __8__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **37,701.22**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Genesis Productions, Inc._____,    Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| COLLECTCORP 455 NORTH 3RD ST SUITE 260 CHICAGO, IL 60679 | - | | | | | | | 7,935.84 |
| Account No. | | | | | | | | |
| CONTINENTAL MKTING SVC INC 15381 PROCTOR AVENUE CITY INDUSTRY, CA 91745 | - | | | | | | | 1,202.77 |
| Account No. | | | | | | | | |
| CROWN PRODUCTS P O BOX 6041 MOBILE, AL 36660 | - | | | | | | | 17.73 |
| Account No. | | | | | | | | |
| D & M ENTERPRISES, LLC 13510 E. BOUNDARY ROAD, SUITE 101 MIDLOTHIAN, VA 23112 | - | | | | | | | 2,139.24 |
| Account No. | | | | | | | | |
| DART MANUFACTURING CO 4012 BRONZE WAY DALLAS, TX 75237 | - | | | | | | | 697.76 |

Sheet no. __9__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    11,993.34

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Genesis Productions, Inc.**                                        ,   Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **DIRECT MERCHANTS BANK HSBC CARD MEMBER S PO BOX 5250 CAROL STREAM, IL 60197** | - | | | | | | | 12,874.58 |
| Account No. **DORIS COOKE SALES 362 KELBURN ROAD DEERFIELD, IL 60015** | - | | | | | | | 216.55 |
| Account No. **DRUMMOND PRINTING 2114 S. MAIN STREET STUTTGART, AR 72160** | - | | | | | | | 212.00 |
| Account No. **DUNBROOKE P O BOX 1900 INDEPENDENCE, MO 64055** | - | | | | | | | 1,081.19 |
| Account No. **ETS EXPRESS INC 420 S. LOMBARD OXNARD, CA 93030** | - | | | | | | | 429.58 |

Sheet no. __10__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **14,813.90**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Genesis Productions, Inc.**                                                    ,      Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **FEDERAL EXPRESS CORP.** <br> **PO BOX 94515** <br> **PALATINE, IL 60094** | - | | | | | | 387.61 |
| Account No. <br><br> **FIRSTPOINT INTERNATIONAL** <br> **365 JOHN DOWNEY DR., SUITE C** <br> **NEW BRITAIN, CT 06051** | - | | | | | | 211.00 |
| Account No. <br><br> **FOX LAMINATING CO INC** <br> **84 CUSTER ST** <br> **W HARTFORD, CT 06110** | - | | | | | | 103.00 |
| Account No. <br><br> **GARRITY INDUCTRIES, INC.** <br> **PO BOX 845223** <br> **BOSTON, MA 02284** | - | | | | | | 779.36 |
| Account No. <br><br> **GEMLINE** <br> **NINE INTERNATIONAL WAY** <br> **LAWRENCE, MA 01843** | - | | | | | | 7.81 |

Sheet no. __11__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,488.78

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Genesis Productions, Inc.**                                              ,     Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **GOLDEN APPLEXX CO INC** **128 BRENT CIR** **CITYOF INDUSTRY, CA 91789** | - | | | | | | 51.08 |
| Account No. | | | | | | | |
| **GOLDON EXPRESS** **1500 BEACON PL** **OXNARD, CA 93033** | - | | | | | | 79.18 |
| Account No. | | | | | | | |
| **GORDON IND. LTD** **39 HARRIET PL** **LYNBROOK, NY 11563** | - | | | | | | 10.89 |
| Account No. | | | | | | | |
| **HEATHER ROBINSON DIGITIZING** **221 DUCKWORTH STREET** **BARRIE, C ANADA** | - | | | | | | 450.00 |
| Account No. | | | | | | | |
| **HOPE HEALTH** **350 E. MICHIGAN AVE., SUITE 301** **KALAMAZOO, MI 49007** | - | | | | | | 1,107.03 |

Sheet no. __12__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          1,698.18

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Genesis Productions, Inc.**                                ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| HSBC CARD MEMBER SERVICES PO BOX 5250 CAOL STREAM, IL 60197 | - | | | | | | 7,227.43 |
| Account No. | | | | | | | |
| HUB PEN CO 1525 WASHINGTON BRAINTREE, MA 02184 | - | | | | | | 9.00 |
| Account No. | | | | | | | |
| ILLINI 450 E BUNKER CT VERNON HILLS, IL 60061 | - | | | | | | 37.94 |
| Account No. | | | | | | | |
| INNOPACK USA 1150 W. BRIARDALE AVENUE, SUITE D ORANGE, CA 92865 | - | | | | | | 26.43 |
| Account No. | | | | | | | |
| J CHARLES PO BOX 635727 CINCINNATI, OH 45263 | - | | | | | | 1,596.12 |

Sheet no. __13__ of __26__ sheets attached to Schedule of                                    Subtotal                8,896.92
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Genesis Productions, Inc.** _____ ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| JAYLINE INTERNATIONAL CORP P O BOX 1069 LINDEN, NJ 07036 | - | | | | | | | 32.24 |
| Account No. | | | | | | | | |
| JETLINE 30 WARREN PLACE MT. VERNON, NY 10550 | - | | | | | | | 20.86 |
| Account No. | | | | | | | | |
| JOAN CURTIS 41510 N. BAY HILL WAY ANTHEM, AZ 85086 | - | | | | | | | 1,909.85 |
| Account No. | | | | | | | | |
| KURTZ BROS. PO BOX 392 CLEARFIELD, PA 16830 | - | | | | | | | 558.08 |
| Account No. | | | | | | | | |
| LANCO CORPORATION 350 WIRELESS BLVD. HAUPPAUGE, NY 11788 | - | | | | | | | 304.20 |

Sheet no. __14__ of __26__ sheets attached to Schedule of                    Subtotal                    2,825.23
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Genesis Productions, Inc.**                                              ,      Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **LARRY J. WOLFE, LTD. 9933 LAWLER AVENUE, SUITE 208 SKOKIE, IL 60077** | - | | | | | | 13,000.00 |
| Account No. **LEEDS 400 HUNT VALLEY RD NEW KENSINGTON, PA 15068** | - | | | | | | 22,431.74 |
| Account No. **LOGOMARK INC 1201 BELL AVE. TUSTIN, CA 92780** | - | | | | | | 8.72 |
| Account No. **MANY MINI TOYS 300 W. JERICHO QUADRANGLE, SUITE 240 JERICHO, NY 11753** | - | | | | | | 180.07 |
| Account No. **MEDALCRAFT MINT INC P O BOX 10267 GREEN BAY, WI 54307** | - | | | | | | 15,533.72 |

Sheet no. __**15**__ of __**26**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

51,154.25

B6F (Official Form 6F) (12/07) - Cont.

In re   **Genesis Productions, Inc.**                                          ,   Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **MINYA INTERNATIONAL CORP 1172 E VALENCIA DR FULLERTON, CA 92831** | - | | | | | | 19.53 |
| Account No. **MONTY LEVENSON PRO SHOP 2031 E. WAVERLY LANE ARLINGTON HTS, IL 60004** | - | | | | | | 1,245.75 |
| Account No. **NATIONAL DESIGN CORP/GOLDSTAR 16885 VIA DEL CAMPO COURT, SUITE 300 SAN DIEGO, CA 92127** | - | | | | | | 112.24 |
| Account No. **NEELY MFG 2178 HWY 2W CORYDON, IA 50060** | - | | | | | | 363.33 |
| Account No. **NEW PRODUCTS INT. INC. ONE ALPINE CT. CHESTNUT RIDGE, NY 10977** | - | | | | | | 794.40 |

Sheet no. __16__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **2,535.25**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                       Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Genesis Productions, Inc.**                                                        ,   Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **NORWOOD PROMOTIONAL PRODUCTS PO BOX 952349 ST. LOUIS, MO 63195** | - | | | | | | 17,596.67 |
| Account No. | | | | | | | |
| **PACESETTER AWARDS CO 5544 W ARMSTRONG AVE CHICAGO, IL 60646** | - | | | | | | 109.91 |
| Account No. | | | | | | | |
| **PACIFIC WESTERN SALES 2980 ENTERPRISE STREET BREA, CA 92821** | - | | | | | | 146.00 |
| Account No. | | | | | | | |
| **PACKAGING SPECIALTIES 3 OPPORTUNITY WAY NEWBURYPORT, MA 01950** | - | | | | | | 353.33 |
| Account No. | | | | | | | |
| **PEDRE PROMOTIONAL PRODUCTS, INC. 48 W. 38TH ST. NEW YORK, NY 10018** | - | | | | | | 18.60 |

Sheet no. __17__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **18,224.51**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Genesis Productions, Inc.** _____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| PEERLESS UMBRELLA CO INC<br>427 FERRY ST<br>NEWARK, NJ 07105 | - | | | | | | 1,445.44 |
| Account No. | | | | | | | |
| PENTEL OF AMERICA LTD<br>2715 COLUMBIA STREET<br>TORRANCE, CA 90509 | - | | | | | | 473.57 |
| Account No. | | | | | | | |
| POINTS OF LIGHT INC<br>25 PIER LN W<br>FAIRFIELD, NJ 07004 | - | | | | | | 579.96 |
| Account No. | | | | | | | |
| PPC/GREATSTUFF!<br>250 WAYNE ST<br>MANSFIELD, OH 44902 | - | | | | | | 848.98 |
| Account No. | | | | | | | |
| PRECISION WORKS<br>4856 W. DIVERSEY<br>CHICAGO, IL 60639 | - | | | | | | 43.00 |

Sheet no. __18__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,390.95**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Genesis Productions, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**PRIME RESOURCES CORP** <br>**1100 BOSTON AVE** <br>**BRIDGEPORT, CT 06610** | - | | | | | | 657.17 |
| Account No. <br><br>**PROINNOVATIVE INC** <br>**3836 E WATKINS ST** <br>**PHOENIX, AZ 85034** | - | | | | | | 16.31 |
| Account No. <br><br>**PROMOBILIA CORP.** <br>**4152 MERIDIAN ST., 105/PMB 13** <br>**BELLINGHAM, WA 98226** | - | | | | | | 493.68 |
| Account No. <br><br>**PUNCH PRODUCTS USA INC** <br>**2131 FELVER CT** <br>**RAHWAY, NJ 07065** | - | | | | | | 32.24 |
| Account No. <br><br>**QUALITY WORLD PRODUCTS INC** <br>**335 SPOOKROCK IND PK** <br>**SUFFERN, NY 10901** | - | | | | | | 302.48 |

Sheet no. __19__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,501.88**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Genesis Productions, Inc.**                                                    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **QUICK POINT**<br>**1717 FENPARK**<br>**FENTON, MO 63026** | - | | | | | | 1,793.15 |
| Account No. | | | | | | | |
| **REFLECTIX**<br>**600 S POPLAR ST**<br>**HAZLETON, PA 18201** | - | | | | | | 421.93 |
| Account No. | | | | | | | |
| **ROYAL CREST PROMOTIONS INC**<br>**16163 W. 45TH DRIVE, UNIT 3**<br>**GOLDEN, CO 80403** | - | | | | | | 992.82 |
| Account No. | | | | | | | |
| **SABINA**<br>**1343 MIAMI ST.**<br>**TOLEDO, OH 43605** | - | | | | | | 25.00 |
| Account No. | | | | | | | |
| **SANDERS MFG COMPANY**<br>**P O BOX 101601**<br>**NASHVILLE, TN 37224** | - | | | | | | 712.10 |

Sheet no. __20__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      **3,945.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Genesis Productions, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| SANMAR P O BOX 529 PRESTON, WA 98050 | - | | | | | | | 4,568.92 |
| Account No. | | | | | | | | |
| SEDONA GOLF PRODUCTS 2249 W FAIRMONT DR-STE 3 TEMPE, AZ 85282 | - | | | | | | | 538.73 |
| Account No. | | | | | | | | |
| SENATOR USA 4215 TUDOR LN GREENSBORO, NC 27410 | - | | | | | | | 1,751.34 |
| Account No. | | | | | | | | |
| SERO SALES 25 F WOODROW AVE. PO BOX 789 BELMONT, IL 28012 | - | | | | | | | 901.71 |
| Account No. | | | | | | | | |
| SHOCKWAVES 2436 EAST OAKTON STREET ARLINGTON HGTS., IL 60005 | - | | | | | | | 5,043.07 |

Sheet no. __21__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **12,803.77**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Genesis Productions, Inc.** _____,   Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. SOUVENIR 202 F AVE NW CEDAR RAPIDS, IA 52405 | - | | | | | | | 259.08 |
| Account No. SPORTEX APPAREL 2020 WEST 4TH STREET TEMPE, AZ 85281 | - | | | | | | | 1,991.96 |
| Account No. STAR POLYBAG INDUSTRIES 51 GABLES BLVD. PO BOX 268226 WESTON, FL 33326 | - | | | | | | | 228.49 |
| Account No. STARLINE USA INC 3036 ALT BLVD GRAND ISLAND, NY 14072 | - | | | | | | | 214.62 |
| Account No. STRONG LEATHER CO P O BOX 1195 GLOUCESTER, MA 01930 | - | | | | | | | 321.99 |

Sheet no. __22__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           3,016.14

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Genesis Productions, Inc.** _____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| SUN MANUFACTURING CORP<br>P O BOX 694507<br>MIAMI, FL 33269 | - | | | | | | 4,831.85 |
| Account No. | | | | | | | |
| SWEDA COMPANY LLC<br>475 E DUARTE RD<br>MONROVIA, CA 91016 | - | | | | | | 45.92 |
| Account No. | | | | | | | |
| TARGET INDUSTRIES<br>222 S ELM ST<br>OWOSSO, MI 48867 | - | | | | | | 805.00 |
| Account No. | | | | | | | |
| TARGET NATIONAL BANK<br>3901 W. 53RD ST.<br>SOUIX FALLS, SD 57106 | - | | | | | | 10,797.40 |
| Account No. | | | | | | | |
| TELEPHONE PRODUCTS INC<br>660 S WHEELING RD<br>WHEELING, IL 60090 | - | | | | | | 22.89 |

Sheet no. __23__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **16,503.06**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Genesis Productions, Inc.** _____,  Case No. _____

_____Debtor_____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**THE CORPORATE MARKET PLACE**<br>**1130 TEN ROD RD.**<br>**NORTH KINGSTOWN, RI 02852** | - | | | | | | 580.00 |
| Account No.<br><br>**TIME PRODUCTS INTERNATIONAL**<br>**152 MESSNER DR**<br>**WHEELING, IL 60090** | - | | | | | | 10,760.96 |
| Account No.<br><br>**TOPPERS LLC**<br>**PO BOX 403784**<br>**ATLANTA, GA 30384** | - | | | | | | 430.60 |
| Account No.<br><br>**TRADENET PUBLISHING**<br>**3265 W PARKWAY BLVD**<br>**GARDNER, KS 66030** | - | | | | | | 344.82 |
| Account No.<br><br>**TUNG FAT BRUSH**<br>**62 HYMUS RD**<br>**SCARBOROUGH, L ANADA** | - | | | | | | 3,532.95 |

Sheet no. __24__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  | 15,649.33

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Genesis Productions, Inc.**                                         ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **UNITED PARCEL SERVICE PO BOX 650580 DALLAS, TX 75265** | - | | | | | | | 1,348.93 |
| Account No. | | | | | | | | |
| **UNIVERSAL PROMOTIONS INC 19875 S DIAMOND LAKE RD-S ROGERS, MN 55374** | - | | | | | | | 110.14 |
| Account No. | | | | | | | | |
| **VANTAGE APPAREL 100 VANTAGE DR AVENEL, NJ 07001** | - | | | | | | | 171.00 |
| Account No. | | | | | | | | |
| **VISAGE SCREEN PRINT 7153 N. AUSTIN NILES, IL 60714** | - | | | | | | | 4,540.80 |
| Account No. | | | | | | | | |
| **VISIONS AWARDS ONE VISIONS PARKWAY CELINA, OH 45822** | - | | | | | | | 12.18 |

Sheet no. __25__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,183.05**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Genesis Productions, Inc.** _____,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| VITRONIC 4680 PARKWAY DR-STE 200 MASON, OH 45040 | | - | | | | | | 2,153.92 |
| Account No. | | | | | | | | |
| WEBB COMPANIES 15197 BOULDER AVE ROSEMOUNT, MN 55068 | | - | | | | | | 2,165.42 |
| Account No. | | | | | | | | |
| ZEIT COMPANY INC SALT LAKE CITY, UT 84119 | | - | | | | | | 254.58 |
| Account No. | | | | | | | | |
| ZOOGEE WORLD INC 988 CHAMPLAIN ST DIEPPE, BE 1A1PB | | - | | | | | | 142.52 |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __26__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
| --- | --- | --- |
| | Subtotal (Total of this page) | 4,716.44 |
| | Total (Report on Summary of Schedules) | 303,591.85 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

A LA CARTE
5610 BLOOMINGDALE AVE
CHICAGO, IL 60639


A T CROSS COMPANY
ONE ALBION RD
LINCOLN, RI 02865


A W DESIGNS
PO BOX 233
OLYMPIA FIELDS, IL 60461


AAKRON RULE CORP
8 INDIANOLA AVENUE
AKRON, NY 14001


ACCUCUT
1128 E. CALLAHAN ROAD
DALTON, GA 30722


ADIMAGE PROMOTIONAL GROUP
PO BOX 437
HUGO, MN 55038


ADMATCH CORPORATION
36 W. 25TH STREET
NEW YORK, NY 10010


ADVERTISING SPEC INST (ASI)
4800 STREET RD
TREVOSE, PA 19053


ALBERT LAW FIRM
205 W. RANDOLPH
CHICAGO, IL 60606


ALSTAR CREATIONS
13394 MONTE VISTA AVE
CHINO, CA 91710


AMERICAN AD BAG CO
218 N MADISON
WOODSTOCK, IL 60098

AMERICAN EXPRESS
BOX 0001
LOS ANGELES, CA 90096


AMERICAN GREENWOOD INC
3035 W 47TH ST
CHICAGO, IL 60632


AMI COMMUNICATIONS, INC.
PO BOX 4029
ST. CHARLES, IL 60174


ARIEL PREMIUM SUPPLY INC
8825 PAGE AVENUE
ST LOUIS, MO 63114


ASI COMPUTER SYSTEM
PO BOX 338
CEDAR FALLS, IA 50613


AT-A-GLANCE GROUP
101 O'NEIL RD
SIDNEY, NY 13838


ATCHISON PRODUCTS INC
P O BOX 248
ATCHISON, KS 66002


ATLANTIC GLASS ETCHING
401 E. LOCUST STREET
DALLASTOWN, PA 17313


B & C MANUFACTURING
5 SHORSIDE DRIVE
S. BARRINGTON, IL 60010


BADGELAND
2733 N. PACKERLAND, SUITE 16W
GREEN BAY, WI 54303


BAG MAKERS INC
P O BOX 431
UNION, IL 60180

BANK OF AMERICA
PO BOX 15726
WILMINGTON, DE 19886


BARRY GOLDBERG
61 PINYON PINE CT S
BUFFALO GROVE, IL 60089


BARTON NELSON INC
13700 WYANDOTTE
KANSAS CITY, MO 64145


BENCHMARK INDUSTRIES LLC
PO BOX 502887
ST. LOUIS, MO 63150


BENJAMIN MARTIN MFG.
PO BOX 4218
DEDHAM, MA 02027


BERNEY-KARP INC.
3350 E 26TH ST.
LOS ANGELES, CA 90023


BIC GRAPHIC USA
BOX 406079
ATLANTA, GA 30384


BODEK & RHODES
POBOX 820144
PHILADELPHIA, PA 19182


BOXERCRAFT
PO BOX 20016
ATLANTA, GA 30325


BRODER BROTHERS
6 NESHAMINY INTERPLES FL 5
TREVOSE, PA 19053


BUDGETCARD INC.
171 COMMONWEALTH AVE.
ATTLEBORO FALLS, MA 02763

BUZTRONICS INC
4343 W. 62ND ST.
INDIANAPOLIS, IN 46268


CALCONIX INC
821 AUBREY AVE
ARDMORE, PA 19003


CAPITAL ONE
PO BOX 30285
SALT LAKE CITY, UT 84130


CAPITAL ONE BANK
PO BOX 30285
SALT LAKE CITY, UT 84130


CARLSON CRAFT (R)
P O BOX 8700
N MANKATO, MN 56002


CENTURY MFG INC
3351 N WEBB RD
WICHITA, KS 67226


CHASE COLDWATER CREEK VISA
PO BOX 15299
WILMINGTON, DE 19850


CHRIS PROKASKI
3813 N. CLAREMONT, 1ST FLOOR
CHICAGO, IL 60618


CITIBANK AADVANTAGE
BOX 6000
THE LAKES, NV 89163


CITIBUSINESS CARD
PO BOX 44180
JACKSONVILLE, FL 32231


COLLECTCORP
455 NORTH 3RD ST SUITE 260
CHICAGO, IL 60679

CONTINENTAL MKTING SVC INC
15381 PROCTOR AVENUE
CITY INDUSTRY, CA 91745


CROWN PRODUCTS
P O BOX 6041
MOBILE, AL 36660


D & M ENTERPRISES, LLC
13510 E. BOUNDARY ROAD, SUITE 101
MIDLOTHIAN, VA 23112


DART MANUFACTURING CO
4012 BRONZE WAY
DALLAS, TX 75237


DIRECT MERCHANTS BANK HSBC CARD MEMBER S
PO BOX 5250
CAROL STREAM, IL 60197


DORIS COOKE SALES
362 KELBURN ROAD
DEERFIELD, IL 60015


DRUMMOND PRINTING
2114 S. MAIN STREET
STUTTGART, AR 72160


DUNBROOKE
P O BOX 1900
INDEPENDENCE, MO 64055


ETS EXPRESS INC
420 S. LOMBARD
OXNARD, CA 93030


FEDERAL EXPRESS CORP.
PO BOX 94515
PALATINE, IL 60094


FIRSTPOINT INTERNATIONAL
365 JOHN DOWNEY DR., SUITE C
NEW BRITAIN, CT 06051

FOX LAMINATING CO INC
84 CUSTER ST
W HARTFORD, CT 06110


GARRITY INDUCTRIES, INC.
PO BOX 845223
BOSTON, MA 02284


GEMLINE
NINE INTERNATIONAL WAY
LAWRENCE, MA 01843


GOLDEN APPLEXX CO INC
128 BRENT CIR
CITYOF INDUSTRY, CA 91789


GOLDON EXPRESS
1500 BEACON PL
OXNARD, CA 93033


GORDON IND. LTD
39 HARRIET PL
LYNBROOK, NY 11563


HEATHER ROBINSON DIGITIZING
221 DUCKWORTH STREET
BARRIE, C ANADA


HOPE HEALTH
350 E. MICHIGAN AVE., SUITE 301
KALAMAZOO, MI 49007


HSBC CARD MEMBER SERVICES
PO BOX 5250
CAOL STREAM, IL 60197


HUB PEN CO
1525 WASHINGTON
BRAINTREE, MA 02184


ILLINI
450 E BUNKER CT
VERNON HILLS, IL 60061

Illinois Department of Revenue
100 W. Randolph Avenue
Level 7-410
Chicago, IL 60601


INNOPACK USA
1150 W. BRIARDALE AVENUE, SUITE D
ORANGE, CA 92865


Internal Revenue Service
Kansas City, MO 64999-0002


J CHARLES
PO BOX 635727
CINCINNATI, OH 45263


JAYLINE INTERNATIONAL CORP
P O BOX 1069
LINDEN, NJ 07036


JETLINE
30 WARREN PLACE
MT. VERNON, NY 10550


JOAN CURTIS
41510 N. BAY HILL WAY
ANTHEM, AZ 85086


KURTZ BROS.
PO BOX 392
CLEARFIELD, PA 16830


LANCO CORPORATION
350 WIRELESS BLVD.
HAUPPAUGE, NY 11788


LARRY J. WOLFE, LTD.
9933 LAWLER AVENUE, SUITE 208
SKOKIE, IL 60077


LEEDS
400 HUNT VALLEY RD
NEW KENSINGTON, PA 15068

LOGOMARK INC
1201 BELL AVE.
TUSTIN, CA 92780


MANY MINI TOYS
300 W. JERICHO QUADRANGLE, SUITE 240
JERICHO, NY 11753


MEDALCRAFT MINT INC
P O BOX 10267
GREEN BAY, WI 54307


MINYA INTERNATIONAL CORP
1172 E VALENCIA DR
FULLERTON, CA 92831


MONTY LEVENSON PRO SHOP
2031 E. WAVERLY LANE
ARLINGTON HTS, IL 60004


NATIONAL DESIGN CORP/GOLDSTAR
16885 VIA DEL CAMPO COURT, SUITE 300
SAN DIEGO, CA 92127


NEELY MFG
2178 HWY 2W
CORYDON, IA 50060


NEW PRODUCTS INT. INC.
ONE ALPINE CT.
CHESTNUT RIDGE, NY 10977


NORWOOD PROMOTIONAL PRODUCTS
PO BOX 952349
ST. LOUIS, MO 63195


PACESETTER AWARDS CO
5544 W ARMSTRONG AVE
CHICAGO, IL 60646


PACIFIC WESTERN SALES
2980 ENTERPRISE STREET
BREA, CA 92821

PACKAGING SPECIALTIES
3 OPPORTUNITY WAY
NEWBURYPORT, MA 01950


PEDRE PROMOTIONAL PRODUCTS, INC.
48 W. 38TH ST.
NEW YORK, NY 10018


PEERLESS UMBRELLA CO INC
427 FERRY ST
NEWARK, NJ 07105


PENTEL OF AMERICA LTD
2715 COLUMBIA STREET
TORRANCE, CA 90509


POINTS OF LIGHT INC
25 PIER LN W
FAIRFIELD, NJ 07004


PPC/GREATSTUFF!
250 WAYNE ST
MANSFIELD, OH 44902


PRECISION WORKS
4856 W. DIVERSEY
CHICAGO, IL 60639


PRIME RESOURCES CORP
1100 BOSTON AVE
BRIDGEPORT, CT 06610


PROINNOVATIVE INC
3836 E WATKINS ST
PHOENIX, AZ 85034


PROMOBILIA CORP.
4152 MERIDIAN ST., 105/PMB 13
BELLINGHAM, WA 98226


PUNCH PRODUCTS USA INC
2131 FELVER CT
RAHWAY, NJ 07065

QUALITY WORLD PRODUCTS INC
335 SPOOKROCK IND PK
SUFFERN, NY 10901


QUICK POINT
1717 FENPARK
FENTON, MO 63026


REFLECTIX
600 S POPLAR ST
HAZLETON, PA 18201


ROYAL CREST PROMOTIONS INC
16163 W. 45TH DRIVE, UNIT 3
GOLDEN, CO 80403


SABINA
1343 MIAMI ST.
TOLEDO, OH 43605


SANDERS MFG COMPANY
P O BOX 101601
NASHVILLE, TN 37224


SANMAR
P O BOX 529
PRESTON, WA 98050


SEDONA GOLF PRODUCTS
2249 W FAIRMONT DR-STE 3
TEMPE, AZ 85282


SENATOR USA
4215 TUDOR LN
GREENSBORO, NC 27410


SERO SALES
25 F WOODROW AVE.
PO BOX 789
BELMONT, IL 28012


SHOCKWAVES
2436 EAST OAKTON STREET
ARLINGTON HGTS., IL 60005

SOUVENIR
202 F AVE NW
CEDAR RAPIDS, IA 52405

SPORTEX APPAREL
2020 WEST 4TH STREET
TEMPE, AZ 85281

STAR POLYBAG INDUSTRIES
51 GABLES BLVD.
PO BOX 268226
WESTON, FL 33326

STARLINE USA INC
3036 ALT BLVD
GRAND ISLAND, NY 14072

STRONG LEATHER CO
P O BOX 1195
GLOUCESTER, MA 01930

SUN MANUFACTURING CORP
P O BOX 694507
MIAMI, FL 33269

SWEDA COMPANY LLC
475 E DUARTE RD
MONROVIA, CA 91016

TARGET INDUSTRIES
222 S ELM ST
OWOSSO, MI 48867

TARGET NATIONAL BANK
3901 W. 53RD ST.
SOUIX FALLS, SD 57106

TELEPHONE PRODUCTS INC
660 S WHEELING RD
WHEELING, IL 60090

THE CORPORATE MARKET PLACE
1130 TEN ROD RD.
NORTH KINGSTOWN, RI 02852

TIME PRODUCTS INTERNATIONAL
152 MESSNER DR
WHEELING, IL 60090


TOPPERS LLC
PO BOX 403784
ATLANTA, GA 30384


TRADENET PUBLISHING
3265 W PARKWAY BLVD
GARDNER, KS 66030


TUNG FAT BRUSH
62 HYMUS RD
SCARBOROUGH, L ANADA


UNITED PARCEL SERVICE
PO BOX 650580
DALLAS, TX 75265


UNIVERSAL PROMOTIONS INC
19875 S DIAMOND LAKE RD-S
ROGERS, MN 55374


VANTAGE APPAREL
100 VANTAGE DR
AVENEL, NJ 07001


VISAGE SCREEN PRINT
7153 N. AUSTIN
NILES, IL 60714


VISIONS AWARDS
ONE VISIONS PARKWAY
CELINA, OH 45822


VITRONIC
4680 PARKWAY DR-STE 200
MASON, OH 45040


WEBB COMPANIES
15197 BOULDER AVE
ROSEMOUNT, MN 55068

ZEIT COMPANY INC
SALT LAKE CITY, UT 84119


ZOOGEE WORLD INC
988 CHAMPLAIN ST
DIEPPE, BE 1A1PB